**Andre MCAFEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103434**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: April 19, 2016

Gwenda R. Robinson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Evan J. Buchheim, 221 West High St., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

### ORDER

PER CURIAM.

Andre McAfee appeals from the motion court's denial of his Rule 24.035 post-conviction relief motion without an evidentiary hearing.[1] We have reviewed the briefs of the parties and the record on appeal, and

---

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicated.

we find the motion court did not clearly err in denying Movant's motion without an evidentiary hearing. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).